IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SHASTA MCCALLUM,

    Plaintiff,

v.

    Case Nos. 19-cv-415-wmc,
    19-cv-468-wmc

SHANNON DEWEY,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case with prejudice.

| /s/ | 3/11/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |