**Federal Rules of Appellate Procedure Form 1. Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court.**

United States District Court for the District of
Western District of Wisconsin

File Number 19-cv-455 WMC & 19-cv-468 WMC

Shasta Howell
   *Plaintiff,*

v.                      Notice of Appeal

Shannon Dewey
   *Defendant.*

Notice is hereby given that Shasta Casey Howell, (plaintiffs) (defendants) in the above-named case*, hereby appeal to the United States Court of Appeals for the Western Circuit (from the final judgment) (from an order (describing it)) entered in this action on the 11 day of March, 20 20.

/s/ Shasta C Howell
Pro se.

Attorney for _____
Address: PO Box 412
Brodhead WI 53520

[*Note to inmate filers: If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.*]

---

*See Rule 3(c) for permissible ways of identifying appellants